SEPTEMBER 11. 1962

**No. 67028.**—SUIT 5065.—United States *v.* The A. W. Fenton Company, Inc.— C.D. 2214 reversed February 13, 1962. C.A.D. 794.

**No. 67029.**—SUIT 5073.—United States *v.* Madison Import Corp.— —C.D. 2234 reversed February 13, 1962. C.A.D. 795.

SEPTEMBER 12, 1962

**No. 67030.**—APPEAL 5105.—Hi Test Twist Drill Works, Inc. *v.* United States.— —C.D. 2316. Appeal dismissed July 11, 1962.

**No. 67031.**—SUIT 5069.—United States (Korlis, Limited, Party in Interest) *v.* The Westfield Manufacturing Company (filed by Party in Interest), and SUIT 5072.—*Id.* v. *Id.* (filed by Government).— —C.D. 2232 affirmed May 18, 1962. C.A.D. 803.

**No. 67032.**—APPEAL 5091.—United States *v.* Hudson Shipping Co., Inc., and Barre Footwear Co.— —C.D. 2279 reversed May 4, 1962. C.A.D. 802.

SEPTEMBER 13, 1962

**No. 67033.**—APPEAL 5085.—United States *v.* G. L. Electronics, Inc., and Arrow Sales, Inc.— Abstract 65768 affirmed June 8, 1962. C.A.D. 804.

**No. 67034.**—APPEAL 5092.—R. J. Saunders & Co., Inc. *v.* United States.— C.D. 2274 affirmed May 4, 1962. C.A.D. 801.

BEFORE THE SECOND DIVISION, SEPTEMBER 17, 1962

**No. 67035.**—D. H. Grant & Co., Inc. *v.* United States, protest 60/18297 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiff was sustained.